UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEORGIA SARIVALAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00965-SEB-DML |
| | ) |
| C R BARD INCORPORATED, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to the undersigned judge recommending that Plaintiff's complaint be dismissed with prejudice because of the Plaintiff's failure to comply with court orders and failure to prosecute her claims. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  Final judgment shall be entered accordingly.

IT IS SO ORDERED.

Date:   4/8/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GEORGIA SARIVALAS
12171 Windsor S. Drive
Fishers, IN 46038

Chelsea Steele Hyslop
FROST BROWN TODD LLC (Indianapolis)
chyslop@fbtlaw.com

Ryan Medler
WILSHIRE LAW FIRM
ryan@wilshirelawfirm.com

Benjamin J. Morrical
FROST BROWN TODD LLC (Indianapolis)
bmorrical@fbtlaw.com

Allison Ng
GREENBERG TRAURIG, P.A.
nga@gtlaw.com

Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH
201 17th Street N.W.
Suite 1700
Atlanta, GA 30363

Bobby Saadian
WILSHIRE LAW FIRM
masstorts@wilshirelawfirm.com

Kevin C. Schiferl
FROST BROWN TODD LLC (Indianapolis)
kschiferl@fbtlaw.com

John K. Wells
GREENBERG TRAURIG LLP
wellsj@gtlaw.com